UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | ) ) ) | Civil Action No. 24-cv-00448-RC |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| U.S. DEPARTMENT OF EDUCATION, | ) ) |  |
| Defendant. | ) ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 19, 2024, Plaintiff America First Legal Foundation and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1. This action involves three Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOE: 23-02616-F, 23-02386-F, and 23-00913-F. DOE answered the Complaint on May 3, 2024.

2. DOE states the following. DOE has raised a defense in its Answer that the FOIA requests fail to reasonably describe the records sought or would be unduly burdensome to process, and also seek to impose obligations on the Department not required by FOIA, such as by dictating search terms and custodians. Subject to, and without waiving, that defense, DOE has conducted a preliminary search that identified over 125,000 potentially responsive documents in total with respect to all three requests. The search that was conducted consisted of multiple searches tailored to specific requests, or subparts of requests, and DOE is currently reviewing the

specific searches to assess (1) which of the specific searches could be further refined without further input from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request; (2) which of the specific searches require additional information from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request, to allow for a further refinement of the search; and (3) which of those specific searches may not require further refinement.   DOE expects to be in a position within the next four weeks to identify for Plaintiff the specific requests, or subparts of requests, for which additional information is needed to allow for a more refined search (i.e., the second category above).   In the interim, DOE also plans to conduct a refined search for those portions of the request that fall within the first category above.

3. AFL states that because DOE has not yet finalized its search or even provided an estimated volume of records, it is too early to determine whether the request is unduly burdensome to process. AFL intends to confer with DOE to help narrow the request if DOE's search returns a volume of records that would be unduly burdensome to process or if DOE needs clarification as to any aspect of the requests.

4. The parties reserve the right to file cross-motions for summary judgment but, at this time, request that the Court defer setting a briefing schedule to allow time for DOE to complete its processing of the requests.

5. The parties propose that they file a further status report August 2, 2024.

Respectfully submitted,

By: */s/ Jacob Meckler*
Jacob Meckler, D.C. Bar # 90005210
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
530-830-8168

Email: jacob.meckler@aflegal.org

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*