UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | ) ) ) | Civil Action No. 24-cv-00448-RC |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 26, 2024, Plaintiff America First Legal Foundation and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1.    This action involves three Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOE:  23-02616-F, 23-02386-F, and 23-00913-F.   DOE answered the Complaint on May 3, 2024.

2.    DOE reports the following:

a.   As stated in the last status report,  DOE has raised a defense in its Answer that the FOIA requests fail to reasonably describe the records sought or would be unduly burdensome to process, and also seek to impose obligations on the Department not required by FOIA, such as by dictating search terms and custodians.  Subject to, and without waiving, that defense, DOE conducted a preliminary search that identified over 125,000 potentially responsive documents in total with respect to all three requests.   The search that was conducted consisted of multiple

searches tailored to specific requests, or subparts of requests.  DOE stated in the last status report

that it was currently reviewing the specific searches to assess (1) which of the specific searches

could be further refined without further input from the Plaintiff as regards the information that is

being sought in a particular request, or subpart of a request; (2) which of the specific searches

require additional information from the Plaintiff as regards the information that is being sought

in a particular request, or subpart of a request, to allow for a further refinement of the search; and

(3) which of those specific searches may not require further refinement.

b.  Since the filing of the last status report, DOE has refined searches for Request

23-02616 subparts B and D, Request 23-02386 subpart B, and Request 23-0913 subparts B and F

and from those searches has identified approximately 2,303 potentially responsive records for

processing.  However, before processing can begin, these records still need to be exported into

the applicable FOIA processing system.  Accordingly, DOE currently anticipates making its first

interim production from these records on or about September 16, 2024, but cannot commit to a

specific processing rate for that first production.  Thereafter DOE will endeavor to make interim

responses every 30 days at a processing rate of 500 pages per month until processing is

complete.

c.  As to the other subparts of these requests, DOE's attempt to refine searches

for those subparts has still resulted in an unmanageable number of documents to process.

Accordingly, DOE plans to confer with Plaintiff to obtain additional information as regards those

subparts of the request to allow for further refinement of those searches.

3.      AFL states that because DOE has not yet finalized its search or even provided an

estimated volume of records, it is too early to determine whether the request is unduly

burdensome to process. AFL intends to confer with DOE to help narrow the request if DOE's

search returns a volume of records that would be unduly burdensome to process or if DOE needs

clarification as to any aspect of the requests.

      4.      The parties reserve the right to file cross-motions for summary judgment but, at

this time, request that the Court defer setting a briefing schedule to allow time for DOE to

complete its processing of the requests.

      5.      The parties propose that they file a further status report by October 2, 2024.

Respectfully submitted,

By: ___*/s/ Jacob Meckler*___
Jacob Meckler, D.C. Bar # 90005210
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
530-830-8168
Email: jacob.meckler@aflegal.org

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___*/s/ Jeremy S. Simon*_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*