UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 24-cv-00448-RC

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 2, 2024, Plaintiff America First Legal Foundation and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1. This action involves three Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOE: 23-02616-F, 23-02386-F, and 23-00913-F. DOE answered the Complaint on May 3, 2024.

2. DOE reports the following:

a. As stated in the last status report, DOE has raised a defense in its Answer that the FOIA requests fail to reasonably describe the records sought or would be unduly burdensome to process, and also seek to impose obligations on the Department not required by FOIA, such as by dictating search terms and custodians. Subject to, and without waiving, that defense, DOE conducted a preliminary search that identified over 125,000 potentially responsive documents in total with respect to all three requests. The search that was conducted consisted of multiple

searches tailored to specific requests, or subparts of requests. DOE stated in the May 2024 status report that it was currently reviewing the specific searches to assess (1) which of the specific searches could be further refined without further input from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request; (2) which of the specific searches require additional information from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request, to allow for a further refinement of the search; and (3) which of those specific searches may not require further refinement.

      b.    As stated in the last status report, DOE has refined searches for Request 23-02616 subparts B and D, Request 23-02386 subpart B, and Request 23-0913 subparts B and F and from those searches has identified approximately 2,303 potentially responsive records for processing. Since the filing of the last status report, DOE made its first interim production by letter dated September 16, 2024, reflecting the production in whole or in part of 111 pages of responsive records. Going forward, DOE will endeavor to make interim responses every 30 days at a processing rate of 500 pages per month until processing is complete, with its next interim response planned for October 16, 2024.

      c.    As to the other subparts of these requests, DOE's attempt to refine searches for those subparts has still resulted in an unmanageable number of documents to process. Accordingly, DOE plans to confer with Plaintiff to obtain additional information as regards those subparts of the request to allow for further refinement of those searches.

    3.    AFL states that because DOE has not yet finalized its search or even provided an estimated volume of records, it is too early to determine whether the request is unduly burdensome to process. AFL intends to confer with DOE to help narrow the request if DOE's

search returns a volume of records that would be unduly burdensome to process or if DOE needs clarification as to any aspect of the requests.

4. The parties reserve the right to file cross-motions for summary judgment but, at this time, request that the Court defer setting a briefing schedule to allow time for DOE to complete its processing of the requests.

5. The parties propose that they file a further status report by December 17, 2024.

Respectfully submitted,

By: ___/s/ Jacob Meckler___
Jacob Meckler, D.C. Bar # 90005210
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
530-830-8168
Email: jacob.meckler@aflegal.org

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney


BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*