UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 24-cv-00448-RC |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 17, 2025, Plaintiff America First Legal Foundation and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report to the Court as follows.

1.  This action involves three Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOE: 23-02616-F, 23-02386-F, and 23-00913-F. DOE answered the Complaint on May 3, 2024.

2.  DOE reports the following:

    a. As stated in a prior status report, DOE has raised a defense in its Answer that the FOIA requests fail to reasonably describe the records sought or would be unduly burdensome to process, and also seek to impose obligations on the Department not required by FOIA, such as by dictating search terms and custodians. Subject to, and without waiving, that defense, DOE conducted a preliminary search that identified over 125,000 potentially responsive documents in total with respect to all three requests. The search that was conducted consisted of multiple

searches tailored to specific requests, or subparts of requests. DOE stated in the May 2024 status report that it was currently reviewing the specific searches to assess (1) which of the specific searches could be further refined without further input from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request; (2) which of the specific searches require additional information from the Plaintiff as regards the information that is being sought in a particular request, or subpart of a request, to allow for a further refinement of the search; and (3) which of those specific searches may not require further refinement.

      b. As stated in a prior status report, DOE has refined searches for Request 23-02616-F subparts B and D, Request 23-02386-F subpart B, and Request 23-00913-F subparts B and F and from those searches has identified approximately 2,303 potentially responsive records for processing. As stated in a prior status report, DOE made its fifth interim production by letter dated January 13, 2025, and made its sixth interim response on February 12, 2025.

      c. DOE reports that it has not made any interim responses since February 12, 2025, although it still plans to resume processing of the above subparts of the request. DOE, by email dated June 12, 2025, and due to staffing changes within the agency, asked Plaintiff to provide DOE with a copy of the records produced in this matter so that DOE can assess the posture of production, which will facilitate its resuming processing of this request and reduce the potential of providing duplicative records.

      d. As to the other subparts of these requests, and as reported in a prior status report, the parties have conferred by telephone and email and have tentatively agreed on further refinement of those searches. DOE still needs to conduct those searches to assess whether they result in a manageable number of records or whether further narrowing is warranted.

3. AFL states that because DOE has not yet finalized its search, it is too early to determine whether the request is unduly burdensome to process. AFL intends to confer with DOE to help narrow the request if DOE's search returns a volume of records that would be unduly burdensome to process or if DOE needs clarification as to any aspect of the requests.

4. The parties reserve the right to file cross-motions for summary judgment but, at this time, request that the Court defer setting a briefing schedule to allow time for DOE to complete its processing of the requests.

5. The parties propose that they file a further status report by August 14, 2025.

Respectfully submitted,

By: ___/s/ Jacob Meckler___
Jacob Meckler, D.C. Bar # 90005210
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
530-830-8168
Email: jacob.meckler@aflegal.org

*Counsel for Plaintiff*

AND

JEANINE FERRIS PIRRO
United States Attorney

By: ___/s/ Jeremy S. Simon___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*